# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: KELLY M. WEBSTER  
3268 SAGE DRIVE  
ROCKFORD, IL  61114  

SSN-xxx-xx-5719

Case Number: 07-71468

Case filed on: 6/19/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $1,226.76       Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | ATTORNEY SCOTT A BENTLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BAKER, MILLER, MARKOFF & KRASNY, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | KELLY M. WEBSTER | 0.00 | 0.00 | 511.15 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 511.15 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 16,286.26 | 16,000.00 | 0.00 | 669.37 |
| 003 | HSBC MORTGAGE SERVICES | 182,061.62 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 198,347.88 | 16,000.00 | 0.00 | 669.37 |
| 001 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 0.00 | 286.26 | 0.00 | 0.00 |
| 004 | ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ALEXIAN BROTHERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN CREDIT EDUCATOR | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ARMOR SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CONSOLIDATED PUBLIC SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | COVENTRY MOTORS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | DELNOR COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DEPENDON COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DONALD TEGLER, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MCI COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | PRIMARY CARDIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ST. ALEXIS MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ST. JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ST. JOSEPH HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | TRG ACCOUNT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | AWMAN WEBSTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | CAPITAL ONE | 374.97 | 374.97 | 0.00 | 0.00 |
|  | Total Unsecured | 374.97 | 661.23 | 0.00 | 0.00 |
|  | Grand Total: | 198,722.85 | 16,661.23 | 511.15 | 669.37 |

Total Paid Claimant:      $1,180.52  
Trustee Allowance:        $46.24  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on  12/28/2008         By  /s/Heather M. Fagan